THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Keith Eigner, Appellant.
 
 
 

 

Appeal From Union County
Lee S. Alford, Circuit Court Judge
Unpublished Opinion No.  2009-UP-181
Submitted April 1, 2009  Filed April 30,
 2009  
APPEAL DISMISSED

 
 
 
 Appellate Defender, Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  Keith
 Eigner appeals his convictions for possession with intent to distribute (PWID)
 crack cocaine, PWID cocaine, and possession of marijuana, and concurrent
 sentences of twenty years, twenty years, and one year, respectively.  Eigner's
 counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 arguing the trial court erred in refusing to suppress evidence obtained via
 execution of a search warrant based on false information.  Eigner also filed a
 pro se brief reasserting his counsel's briefed argument as well as numerous
 other arguments.  After a thorough
 review of the record and both briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
SHORT,
 THOMAS, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.